FILED

2015 DEC 28 P 2: 02

CLERK, US DIST
NO. DIST. OF CA.

SI

United States District Court
Northern District of California
At San Francisco

**CV15      6116**

Jerome Talley,

Plaintiff,

vs.

One Unknown
Named Clerk of
the Court, aes,

Defendant.

) Case No. _____
) Plaintiff's Bivens v.
) Six Unknown-Named
) Agents of Fed. Bur. of
) Narc., 403 U.S. 388,
) 395-97 (1976)
) Complaint For Money
) Damages; And, For
) Violating Federal
) Laws
)
)

I. Complaint

(1)

allegations:

(1), Jurisdiction And Venue:

This District Court has original subject-matter jurisdiction in civil actions arising under the Constitution, laws of the United States under 28 U.S.C. sec, 1331; Fed. R. Civ. P. Rule 3; 28 U.S.C, sec 1404(a), and Bivens v. Six Unknown Named Agents of Fed. Bur. of Narc., 403 U.S. 388, 395-97 (1971). That under Chapter 5, 28 U.S.C. sec 84(a), Court shall be held at San Francisco at times for holding regular sessions at the place fixed by this Chapter under 28 U.S.C sec, 139 and business among district judges under 28 U.S.C, sec, 137.

(2)

(2). Parties To The Complaint :

    (a). Plaintiff :

        Jerome Talley is the party plaintiff who brings this cause of action under Bivens v. Six Unknown Named Agents of Fed. Bur. of Narc, 403 U.S. 388, 395-97 (1971) for money damages for violating the Constitution, laws of the United States by defendant. The plaintiff is located at 585 5th Street, San Francisco, CA 94107.

    (b). Defendant :

        The defendant is a deputy clerk of the Court at the time of filing C-V-15-5832 KAW on December 18th, 2015, is a party unknown by name located at 450 Golden Gate Ave, San Francisco, CA

(3)

94102. The defendant is sued in her official capacity, knew and should have known the law, and there is no immunities, nor exemption.

## II. Statement Of Claims For Relief:

The plaintiff alleges and claims the Constitution, and laws of the United States were violated by defendant at the time of filing a complaint on December 18th, 2015, CV 15- 5832 KAW by granting or conferring original subject-matter jurisdiction upon a Magistrate Judge of the powers vested in the District Court at the Division of business at Oakland in the County of Alameda.  Fed. Rules Civ. Proc., Rule 3 provides: "a civil action is commenced by filing a complaint

(4)

with the court." In addition, the
plaintiff alleges and claims that at the
time of filing by defendant, the defendant
denied and deprived plaintiff of his right
to a day in court to be heard and
determined in violation of the principle
of procedural due process which is
"absolute." The Constitution, Article I,
See, 8, of the United States provides:
"The Congress shall have Power to... To
constitute Tribunals inferior to the
supreme Court;" The defendant's "acts"
violated the Constitution, and laws of the
United States because a Magistrate
Judge is not a part of the Creation
and composition of district courts under
28 U.S.C. sec. 132 (a)(b)(c) and that

(5)

defendant did "act" without power or authority to designate or assign.

III. Relief Requested And Judgment

Plaintiff ask the Court award money damages to plaintiff against defendant in the sum amount of $25,000. dollars. The defendant had no right to exercise discretion, opinion, or judgment the power of the District Court.

Done this 28th day of December 2015.

By: Joanne Jolley
585 5th Street
San Francisco, CA
94107

(6)

# I. Certificate Of Service

I, Jerome Salley, certify that I did hand-delivered to the Clerk of Court at 450 Golden Gate Ave. San Francisco, CA 94102 Courthouse, a Bivens Complaint; Certificate of Service; Civil Cover Sheet; Application To Proceed In Forma Pauperis on December 28th 2015.

Jerome Salley
Affiant

(1)