United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME TALLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CLERK OF THE COURT,<br><br>    Defendant. | Case No. 15-cv-06116-SI<br><br>**JUDGMENT** |

Plaintiff's complaint has been dismissed without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 7, 2016

_____
SUSAN ILLSTON
United States District Judge