UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME TALLEY,<br><br>            Plaintiff,<br><br>       v.<br><br>CLERK OF THE COURT,<br><br>            Defendant. | Case No. 15-cv-06116-SI<br><br>**ORDER STRIKING MOTION TO ADD PARTY**<br><br>Re: Dkt. No. 8 |

On January 7, 2016, this Court dismissed the above-captioned case with prejudice and judgment was entered accordingly. *See* Dkt. 6, 7. On January 11, 2016, plaintiff filed a motion to add a defendant to the case. Dkt. 8.

Once final judgment has been entered in a case, a motion to amend the complaint can only be entertained if the judgment is first reopened pursuant to a successful motion for new trial, a motion to alter or amend judgment, or a motion for relief from judgment or order. *See Lindauer v. Rogers*, 91 F.3d 1355, 1357 (9th Cir. 1996); Fed. Rules Civ. Proc. 59, 60.

This judgment has not been set aside, and Court will therefore not entertain the present motion, which shall be STRICKEN from the record.

**IT IS SO ORDERED**.

Dated:   January 14, 2016

_____
SUSAN ILLSTON
United States District Judge