UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEROME TALLEY,

    Plaintiff,

    v.

CLERK OF THE COURT,

    Defendant.

Case No. 15-cv-06116-SI

**ORDER DENYING POST-JUDGMENT MOTIONS**

Re: Dkt. No. 10, 11, 12, 13

On January 7, 2016, this Court dismissed the above-captioned case with prejudice and judgment was entered accordingly. *See* Dkt. No. 6, 7. On January 11, 2016, plaintiff filed a motion to add a defendant to the case, Dkt. 8, which motion was stricken from the record on January 14, 2016. Dkt. No. 9.

Plaintiff has since filed four more motions: (1) Fed.R.Civ.P.Rule 60 (b)(4)(c)(1) Motion for Relief from a Judgment only, Dkt. No. 10; (2) Fed.R.Civ.P. Rule 12(c)(d) and Rule 56 Motion for Judgment on the Pleadings, Dkt. No. 11; (3) Fed.R.Civ.P. Rule 60(b)(1) Motion for Relief from Order Striking Motion to Add party, Dkt. No. 12; and (4) Fed.R.Civ.P. Rule 55(a)(b)(1) Request/Motion and Affidavit to Enter a Default by Clerk for Sum Certain $25,000 Dollars, Dkt. No. 13.

Plaintiff has not established any grounds upon which to reopen this matter, alter or amend the judgment or provide any relief from the judgment. Accordingly, all pending motions are DENIED.

**IT IS SO ORDERED**.

Dated: March 7, 2016

_____
SUSAN ILLSTON
United States District Judge